Case 1-18-01141-ess    Doc 5    Filed 02/04/19    Entered 02/04/19 17:24:50

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| February 4, 2019 at 3:43:36 PM EST | FaxZero.com | 118 | 4 | Received |

4-Feb-2019   20:41      From SEAN M. MURRAY. Phone #9173309284                    FaxZero.com                     p.1

## Recipient Information

**To:** Sheree Jackson, Courtroom Deputy
**Company:** U.S. Bankruptcy Court, EDNY
**Fax #:** 13473941865



*send a fax for free*

## Sender Information

**From: SEAN M. MURRAY**
**Company: SEAN M. MURRAY**
**Email address:** seanmurray@prodigy.net (from 66.65.12.242)
**Phone #:** 9173309284
**Sent on:** Monday, February 4 2019 at 3:39 PM EST

Attn: Sheree Jackson, Courtroom Deputy

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23772430. We will add your fax number to the block list.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
————————————————————x

In re:

SEAN M. MURRAY                                              Case No. 17-44157

                                                            Chapter: 7

                    Debtor(s)

————————————————————x

SEAN M. MURRAY, Debtor Pro Se

                    Plaintiff,                             Adv. Pro. No. 18-01141

          -against-

SPECIALIZED LOAN SERVICING, LLC
NATIONSTAR MORTGAGE LLC D/B/A
MR COOPER,
as SERVICING AGENTS FOR FEDERAL
HOME LOAN MORTGAGE
CORPORATION,
JOHN AND JANE DOE CORPORATIONS
AND ENTITIES

                    Defendants
————————————————————x

## DEBTOR PRO SE MOTION FOR TELEPHONE APPEARANCE OR ADJOURNMENT

1. On January 23, 2019, by Judge Stong, at Docket No. 109, Order Scheduling Hearing on Extension Requests. Opposition to the First Motion to Extend by Debtor, the Second Motion to Extend by Debtor, or the Request to Extend by Nationstar may be stated at the February 11, 2019 hearing, and the Court will set a schedule for the filing of written opposition at that hearing (related document(s)104, 105, 106). Signed on 1/23/2019; Hearing scheduled for 2/11/2019 at 10:00 AM at Courtroom 3585.

2. Debtor respectfully informs the court that the Second Motion to Extend by Debtor is identical to the First Motion to Extend and should be removed from the Order.

3. Nationstar through counsel Cleo Sharaf-Green, Esq. for Attorneys ROBERTSON, ANSCHUTZ & SCHNEID, P.L. has indicated no opposition to further adjournment, and informed that the February 11, 2019 hearing is pre-trial conference and Court-Ordered hearing as per Judge's January 23, 2019 Order.

4. Debtor respectfully requests adjournment of the hearing until after February 25, 2019 due to potential for conflict with an unavoidable major work event.

5. In the alternative, Debtor respectfully requests a Telephone Appearance if possible to avoid any delay.

Executed Monday, February 4, 2019

By: _SEAN M. MURRAY_
SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK
12201-1110 U.S.A.
917.330.9284
seanmurray@prodigy.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re: SEAN M. MURRAY

Case No. 17-44157

Chapter: 7

Debtor(s)
----------------------------------------------------------x

## CERTIFICATION OF SERVICE

The undersigned certifies that on Monday, February 4, 2019, a copy of the annexed papers: DEBTOR'S COMPLAINT & CONSOLIDATED MOTION FOR RELIEF, were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554
2. Cleo Sharaf-Green, Esq. (Via Email and USPS)
   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
   Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
   900 Merchants Concourse
   Westbury, NY 11590
   csharaf@rasboriskin.com
3. Robert W. Griswold (Via Email and USPS)
   Bankruptcy Attorney
   Shapiro, DiCaro & Barak, LLC
   Attorneys for Specialized Loan Servicing LLC
   One Huntington Quadrangle, Suite 3N05
   Melville, NY 11747
   rgriswold@logs.com

Dated: Friday, December 21, 2018

By: _Sean M. Murray_
SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK
12201-1110 U.S.A.
917.330.9284
seanmurray@prodigy.net