United States Bankruptcy Court
Eastern District of New York

Murray,
    Plaintiff                                  Adv. Proc. No. 18-01141-ess

John and Jane Doe Corporations and Entit,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-1        User: frandazzo        Page 1 of 1        Date Rcvd: Feb 08, 2019
                        Form ID: pdf000        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
        +Ehret Anne Van Horn, Esq.,   Gross Polowy, LLC,   1775 Wehrle Drive, Suite 100,
          Williamsville, NY 14221-7093
        +RAS BORJSKIN, LLC BANKRUPTCY DEPARTMENT,   900 MERCHANTS CONCOURSE,,   SUITE 106,
          WESTBURY, NY 11590-5114
        +ROBERTSON, ANSCHUTZ & SCUNEID, P.L.,   BANKRUPTCY DEPARTMENT,   6409 CONGRESS AVE., SUIT E 100,
          BOCA RATON, FL 33487-2853
        +Toyota Motor Credit Corporation,   c/o Becket & Lee LLP,   PO Box 3002,   Dept. MVS,
          Malvern, PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 08 2019 18:40:44
          Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
          U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
ust        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 08 2019 18:40:44   United States Trustee,
          Office of the United States Trustee,   U.S. Federal Office Building,
          201 Varick Street, Room 1006,   New York, NY 10014-9449
        +E-mail/Text: trustee@certilmanbalin.com Feb 08 2019 18:41:00   Richard J. McCord,
          Certilman Balin Adler & Hyman,   90 Merrick Avenue,   East Meadow, NY 11554-1597
pla        E-mail/PDF: seanmurray@prodigy.net Feb 08 2019 18:40:11   Sean M. Murray,   P.O. Box 1110,
          Attn: 2544,   Albany, NY 12201-1110

                                                                     TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*        +United States Trustee,   Office of the United States Trustee,   U.S. Federal Office Building,
          201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
        Cleo f Sharaf   on behalf of Defendant   Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing
        Agents For Federal Home Loan Mortgage Corporation csharaf@rasboriskin.com
        Robert W. Griswold   on behalf of Defendant   Specialized Loan Servicing, LLC rgriswold@logs.com,
        NYBKCourt@logs.com
                                                                     TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

SEAN M MURRAY,

               Debtor.
--------------------------------------------------------x
SEAN M. MURRAY,

               Plaintiff,

-against-

JOHN AND JANE DOE CORPORATIONS
AND ENTITIES, SPECIALIZED LOAN
SERVICING, LLC, and NATIONSTAR
MORTGAGE LLC D/B/A MR COOPER,
AS SERVICING AGENTS FOR FEDERAL
HOME LOAN MORTGAGE CORPORATION,

               Defendants.
--------------------------------------------------------x

Chapter 7

Case No. 17-44157-ess

Adv. Pro. No. 18-01141-ess

## ORDER ADJOURNING THE HEARINGS SCHEDULED
## FOR FEBRUARY 11, 2019 TO MARCH 11, 2019

WHEREAS, on August 10, 2017, Sean Murray filed a petition for relief under Chapter 7 of the

Bankruptcy Code; and

WHEREAS, on November 29, 2018, the Court issued an order directing the Debtor to file a

consolidated motion (the "Consolidated Motion") stating all relief sought against Nationstar Mortgage

LLC ("Nationstar"), and scheduling a hearing on the Consolidated Motion for February 11, 2019, at

10:00 a.m.; and

WHEREAS, the November 29, 2018 Order provided deadlines for the filing of the Consolidated

Motion and for any responses or opposition thereto; and

WHEREAS, the Debtor and Nationstar requested to extend the deadlines provided in the November 29, 2018 Order (the "Extension Requests"); and

WHEREAS, on January 23, 2019, the Court issued an order scheduling a hearing on the Extension Requests for February 11, 2019, at 10:00 a.m.; and

WHEREAS, on December 21, 2018, the Debtor initiated an adversary proceeding by filing a complaint against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC, and Nationstar (the "Adversary Proceeding"); and

WHEREAS, the Court is scheduled to hold an initial pre-trial conference on the Adversary Proceeding on February 11, 2019, at 10:00 a.m.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold an initial pre-trial conference in the Adversary Proceeding, and hearings on the Consolidated Motion and the Extension Requests, on March 11, 2019, at 10:00 a.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201.

.



**Dated: Brooklyn, New York**
**February 8, 2019**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Richard J McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

ROBERTSON, ANSCHUTZ & SCUNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUIT E 100
BOCA RATON, FL 33487

Toyota Motor Credit Corporation
c/o Becket & Lee LLP
PO Box 3002
Dept. MVS
Malvern, PA 19355-1245

Ehret Anne Van Horn, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

RAS BORJSKIN, LLC BANKRUPTCY DEPARTMENT
900 MERCHANTS CO NCOURSE, SUITE 106
WESTBURY, NY 11590