Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

April 24, 2019


Chambers Hon. Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201


RE:    Sean M. Murray
       Chapter 7
       Bankruptcy Case Number: 17-44157
       Adversary Case Number: 18-01141
       SD&B File Number: 18-069932


Dear Judge Stong;

This firm represents Specialized Loan Servicing, LLC ("SLS"), a secured creditor of the Debtor with respect to the coop apartment located at 3521 79th Street, Apt 4E, Jackson Heights, NY 11372 (the "Property"), in the above referenced Bankruptcy case and Adversary Proceeding.

At the pre-trial conference which took place on April 10, 2019, the Court directed a status report from the parties regarding the status of settlement in the Adversary Proceeding. The primary settlement negotiations are between Defendant Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents For Federal Home Loan Mortgage Corporation and the Debtor. A significant portion of the outstanding issues between the Debtor and SLS have already settled. To below signed counsel's understanding, all of the issues surrounding potential stay violations and sanctions have been settled with respect to SLS, and the sole remaining issue against SLS is with respect to the Debtor's attempt to utilize Sections 544 and 522 to avoid the Loan.

On two occasions, below signed counsel has reached out to the Debtor via email to confirm my understanding that there is little likelihood of reaching a settlement on the remaining matters pending with SLS.

ATTORNEYS AT LAW
_____

Robert W. Griswold, Bankruptcy Attorney    Direct (631) 844-9611 ext. 3036    rgriswold@logs.com

ROCHESTER OFFICE    175 Mile Crossing Boulevard    Rochester, NY 14624    PHONE (585) 247-9000    FAX (585) 247-7380

Below signed counsel did not get a meaningful response on the issue of settlement, and the Debtor's recent communication indicated (without explicitly stating so) that the Debtor may have retained counsel in the matter. Below signed counsel promptly indicated that if the Debtor has retained counsel, I am no longer permitted to communicate with him directly, and to have his counsel contact me as soon as possible

I have received no further communication from the Debtor or from counsel representing the Debtor.

Very truly yours,

/s/ Robert W. Griswold
Robert W. Griswold