

900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax     (516) 280-7674

April 24, 2019

**VIA ECF**

Hon. Elizabeth S. Stong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

  **In re:**  **Sean M. Murray, Case No. 17-44157 (ESS), Adv. Proc. No. 18-01141**
      **Status Letter Regarding Settlement Discussions**

Dear Judge Strong:

This office represents secured creditor Nationstar Mortgage LLC ("Nationstar") in the above-captioned adversary proceeding. The purpose of this letter is to provide the status of Nationstar and Sean Murray's (the "Debtor") settlement discussions with respect to the "Consolidated Claims for Relief" in the Debtor's adversary proceeding.

More specifically, an offer of settlement was made by Nationstar to Debtor. However, on April 23, 2019 Debtor requested an extension of his deadline to accept the settlement offer because he needed more time to discuss same with his "counsel". The undersigned responded to Debtor that Nationstar's counsel cannot engage in any further communications with Debtor since he is now represented by "counsel". Debtor then communicated to the undersigned that Debtor remains "unrepresented and Pro Se on all matters in Bankruptcy Court" and that he had explained/disclosed his "counsel's" status to Your Honor at the last hearing. Based on Debtor's representation that he has the same relationship with his "counsel" now as he did at the last hearing before Your Honor, Nationstar's offer was extended through April 26, 2019 in order for Debtor to speak to the "counsel" whom he had referenced at the last hearing as not being his attorney of record.

              Respectfully submitted,

              /s/  Cleo F. Sharaf-Green

              Cleo F. Sharaf-Green, Esq.

cc:
Sean M. Murray  (via email)