RAS
BORISKIN
LAW OFFICES
900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax (516) 280-7674

July 22, 2019

**VIA ECF**

**In re:** **Sean M. Murray, Case No. 17-44157 (ESS), Adv. Proc. No. 18-01141**
**Nationstar Mortgage LLC d/b/a Mr. Cooper's Discovery Demands**

Dear Mr. Murray:

This office represents secured creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") in the above-captioned adversary proceeding brought by Sean M. Murray ("Plaintiff"). This letter:

(1) is in response to Plaintiff's Response to Defendant Nat0ionstar Mortgage LLC and Specialized Loan Servicing, LLC's Requests for Production of Documents [Doc. 14] objecting to Nationstar's discovery demands on the basis that there were not served by May 10, 2019 and that they do not contain an Affidavit or Certificate of Service;

(2) provides proof of timely service of Nationstar's discovery demands, and

(2) serves as Nationstar's good faith efforts (for purposes of Local Bankr. Rule 7007-1) for Plaintiff to respond to Nationstar's discovery demands including Nationstar's Request for Admissions.

First, it is generally acknowledged that service of discovery demands do not require that an affidavit of service be attached the document demands being serviced.

Second, and regardless of above, attached is Nationstar's Certificate of Service indicating service on May 10, 2019 by both email and by U.S. First Class Mail of the following discovery demands:

1) Request for Admissions;
2) First Request for Production of Documents; and
3) First Set of Interrogatories.

Third, attached is copy of undersigned email, dated May 10, 2019, providing Plaintiff with copies of Nationstar's discovery demands.

Further, Nationstar's interrogatories contained 35 questions. Contrary to Plaintiff's assertions, Local Bankr. Rule 7033 does not limit interrogatories to 25 questions. Plaintiff has failed to respond to any of Nationstar's interrogatories. Local Bankr. Rule 7033(d) provides that no part of an interrogatory may be left unanswered merely because an objection is interposed to another part of the interrogatory.

In an effort to resolve this matter without court intervention, and in light of the above information, please proceed to respond to Nationstar's discovery demands by July 29, 2019. Failure to respond to the Nationstar's discovery demands will result in pursuit of remedies from the Bankruptcy Court.

Sincerely,

/s/ Cleo F. Sharaf-Green

Cleo F. Sharaf-Green, Esq.

Encl.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
______________________________________X
In re:

SEAN M. MURRAY,

Debtor.
______________________________________X

SEAN M. MURRAY, Debtor Pro Se

Plaintiff, Chapter 7

-v- Case No. 17-44157 (ESS)

SPECIALIZED LOAN SERVICING, LLC, Adv. Proc. No. 18-01141
NATIONSTAR MORTGAGE LLC D/B/A MR COOPER,
AS SERVICING AGENTS FOR FEDERAL HOME LOAN
MORTGAGE CORPORATION, and
JOHN AND JANE DOE CORPORATIONS AND
ENTITIES,

Defendants.
______________________________________X

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 10, 2019, I served true and correct copies of (1) DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER 'S REQUEST FOR ADMISSIONS TO DEBTOR, (2) DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER 'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, and (3) DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER 'S FIRST SET OF INTERROGATORIES ON PLAINTIFF upon Plaintiff Sean M. Murray via email at

seanmurray@prodigy.net and by United States First Class Mail at

Sean M. Murray
P.O. Box 1110
Albany, New York 12201

Dated: May 10, 2019
Westbury, New York

RAS Boriskin, LLC
Attorney for Nationstar Mortgage LLC d/b/a
Mr. Cooper,
900 Merchants Concourse
Westbury, New York 11590

Tel: (516) 280-7675
Fax: (516) 280-7674
Email: csharaf@rasboriskin.com

By: /s/ Cleo F. Sharaf-Green
Cleo F. Sharaf-Green, Esq.

**Cleo Green-Sharaf**

| | |
|---|---|
| **From:** | Cleo Green-Sharaf |
| **Sent:** | Friday, May 10, 2019 6:54 PM |
| **To:** | 'Murray, Sean, Michael' |
| **Subject:** | Nationstar's Discovery Demands |
| **Attachments:** | interrog-murray.pdf; request for admissions - murray.pdf |
| **Categories:** | Purple Category, Yellow Category, Orange Category, Blue Category |

Mr. Murray,

Please find attached Nationstar's following discovery demands:

1) Request for Admissions;
2) First Request for Production of Documents; and
3) First Set of Interrogatories.

Thank you,

Cleo F. Sharaf-Green
Counsel
RAS Boriskin, LLC
900 Merchants Concourse
Westbury, New York 11590
Phone (516) 280-7675 ext. 1194
Fax (516) 280-7674
csharaf@rasboriskin.com

-----Original Message-----
From: Murray, Sean, Michael <seanmurray@prodigy.net>
Sent: Friday, May 10, 2019 3:30 PM
To: Sheree_Jackson@nyeb.uscourts.gov; Cleo Green-Sharaf <csharaf@rasboriskin.com>; Robert W. Griswold <rgriswold@logs.com>; Kate Heidbrink <kheidbrink@logs.com>
Subject: Plaintiff's Demand for Verified Bill of Particulars dated May 10, 2019 pursuant to the Apr 10, 2019 Order at Docket Number 9: 1-18-01141

Please find attached Plaintiff's Demand for Verified Bill of Particulars dated May 10, 2019.

Deputy Jackson, can you confirm receipt at your convenience and that the attached pdf will be docketed?

Thank you,
Sean