RAS BORISKIN LAW OFFICES
900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax (516) 280-7674

September 20, 2019

**VIA ECF**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, E.D.N.Y.
271 Cadman Plaza EastRE
Brooklyn NY 11201

**Re: Sean M. Murray, Bankr. Case No. 17-44157 (ESS), Chapter 7**
**Murray v. Specialized Loan Servicing et al, Adv. Proc. No. 18-01141**
**Nationstar's Response to Plaintiff's Questions About Scope of Discovery**

Dear Judge Stong:

This office represents defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") in the above-captioned adversary proceeding. This letter is in response to Plaintiff's Questions About Scope of Defendant's Response (the "Plaintiff's Questions") [Adv. Proc. Dkt. No. 18] and in furtherance of Nationstar's objections to Plaintiff's Second Response to Nationstar's discovery demands [Adv. Proc. No. 17].

Plaintiff filed one set of discovery responses upon two different defendant entities despite the fact that the subject adversary proceeding is appears to be seeking separate causes of actions against each defendant entity. This approach has caused lack of clarity on what is being sought and from whom.

Also, Plaintiff has refused to respond to Nationstar's discovery questions which sought clarification as to which cause of action is against Nationstar.

With respect to paragraph 1 of Plaintiff's Questions, same fails to designate the specific responses by Nationstar that are being objected to. In addition, Nationstar objects to any requests for information where Nationstar's proprietary documents are being requested.

Regarding paragraph 2 of Plaintiff's Questions, it is not clear which "defendant" is being referenced. Also, Nationstar denies the allegations of "contradictory information" and Plaintiff's baseless allegations of refusal by Nationstar to engage in settlement discussions or to engage in discovery in good faith.

Regarding paragraph 3 of Plaintiff's Questions, it relates to co-defendant SLS; not Nationstar.

Regarding paragraph 4 of Plaintiff's Questions, it is not clear which "defendant" is being referenced. Also, it is not clear what is being sought or complained of.

Respectfully submitted,

/s/ Cleo F. Green
Cleo F. Green