

July 23, 2020

Honorable Judge Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

        **Debtor:**      **SEAN M MURRAY**
        **Case No.:**    **18-ap-01141 ess**
        **Chapter:**     **7**
        **Property Address: 3521 79TH STREET 4E, JACKSON HEIGHTS NY 11372**

Dear Judge Stong,

    This firm represents Nationstar Mortgage, a secured creditor of the above-named Debtor.

Our firm will be appearing telephonically for the Motion for Summary Judgment hearing scheduled for July 29, 2020 at 2:00 p.m. I can be reached by email at ktoole@rasboriskin.com

        Respectfully,
        */s/Kevin R. Toole*
        Kevin R. Toole, Esq.
        RAS Boriskin, LLC
        ktoole@rasboriskin.com