# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                           CASE NO: 1−18−01141−ess

Murray v. John and Jane Doe Corporations and Entities et al

DEBTOR(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/3/20 was filed on 12/7/20.

The following deadlines apply:

The parties have until December 14, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 28, 2020.

If a Transcript Redaction Request is filed, the redacted transcript is due January 7, 2021.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 8, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber ADL Transcription Services, Inc. at 631−277−7900 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 8, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17