# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 12/8/2020 |
| Case: 1−18−01141−ess | Form ID: 296 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty        Kevin R Toole            ktoole@rascrane.com
aty        Robert W. Griswold       rgriswold@logs.com

TOTAL: 2