UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                           Chapter 7

SEAN M. MURRAY,                                                      Case No. 17-44157-ess

                              Debtor.
-----------------------------------------------------------------x
SEAN M. MURRAY,

                              Plaintiff,

                              -against-                                          Adv. Pro. No. 18-01141-ess

JOHN AND JANE DOE CORPORATIONS
AND ENTITIES, SPECIALIZED LOAN
SERVICING, LLC, and NATIONSTAR
MORTGAGE LLC D/B/A MR COOPER,
AS SERVICING AGENTS FOR FEDERAL
HOME LOAN MORTGAGE CORPORATION,

                              Defendants.
-----------------------------------------------------------------x

## **ORDER AND JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon the Debtor's Complaint & Consolidated Motion for Relief filed by Sean Murray (the "Plaintiff") on December 21, 2018, against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC, and Nationstar Mortgage LLC d/b/a Mr. Cooper, as servicing agents for Federal Home Loan Mortgage Corporation, seeking to cancel and discharge the note and mortgage on his cooperative apartment, among other relief; the Answer filed by Defendant Specialized Loan Servicing, LLC on January 22, 2019; the Motion for Summary Judgment filed on November 11, 2019, by Defendant Specialized Loan Servicing, LLC; the Opposition to the Motion for Summary Judgment filed on April 23, 2020, by the Plaintiff; the Reply in Support of the Motion for Summary Judgment filed on April 28, 2020, by Defendant Specialized Loan

Servicing, LLC; the Supplemental Affirmation in Opposition filed on July 1, 2020, by the Plaintiff; the Reply in Further Support of the Motion for Summary Judgment filed on July 21, 2020, by Defendant Specialized Loan Servicing, LLC; the Affidavit in Supplemental Opposition to Motion for Summary Judgment Requesting Judicial Notice of Correspondence Received After the October 20, 2020 Hearing filed on November 19, 2020, by the Plaintiff; the hearings held before this Court from time to time and on December 3, 2020; and based upon the entire record, and for the reasons stated in the Court's Memorandum Decision on Defendant's Motion for Summary Judgment dated December 15, 2020, and for cause shown, it is hereby

ORDERED AND ADJUDGED, that the Motion for Summary Judgment is granted; and it is further

ORDERED AND ADJUDGED, that judgment is entered in favor of Specialized Loan Servicing, LLC and against the Plaintiff on the First Claim for Relief, the Second Claim for Relief, and the Consolidated Claims for Relief, as set forth in the Debtor's Complaint & Consolidated Motion for Relief.



Dated: Brooklyn, New York  
December 15, 2020

Elizabeth S. Stong  
United States Bankruptcy Judge