United States Bankruptcy Court
Eastern District of New York

Murray,
    Plaintiff

John and Jane Doe Corporations and Entit,
    Defendant

Adv. Proc. No. 18-01141-ess

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: frandazzo      Page 1 of 2
Date Rcvd: Dec 30, 2020      Form ID: 773      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: trustee@certilmanbalin.com | Dec 30 2020 18:13:56 | Richard J. McCord, Certilman Balin Adler and Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| pla | | Email/PDF: seanmurray@prodigy.net | Dec 30 2020 18:11:00 | Sean M. Murray, P.O. Box 1110, Attn: 2544, Albany, NY 12201-1110 |
| | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 30 2020 18:12:00 | U.S. Trustee, Office of the United States Trustee, Eastern District of NY, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

**Name**      **Email Address**

Barbara Dunleavy
    on behalf of Defendant Specialized Loan Servicing  LLC BDunleavy@logs.com, LOGSECF@logs.com

| | | |
|---|---|---|
| District/off: 0207-1 | User: frandazzo | Page 2 of 2 |
| Date Rcvd: Dec 30, 2020 | Form ID: 773 | Total Noticed: 3 |

Cleo f Sharaf
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Mr Cooper as Servicing Agents For Federal Home Loan Mortgage Corporation csharaf@rasboriskin.com

Kevin R Toole
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Mr Cooper as Servicing Agents For Federal Home Loan Mortgage Corporation ktoole@rascrane.com

Raquel Felix
    on behalf of Defendant Specialized Loan Servicing LLC rfelix@rasboriskin.com, rfelix@ecf.courtdrive.com

Robert W. Griswold
    on behalf of Defendant Specialized Loan Servicing LLC rgriswold@logs.com, LOGSECF@logs.com

TOTAL: 5

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                           CASE NO: 1−18−01141−ess

Murray v. John and Jane Doe Corporations and Entities et al

## NOTICE TO PARTIES CONCERNING APPEAL (ECF CASE)

A Notice of Appeal was filed on December 29, 2020, in the above case by Sean M. Murray, regarding Order and Judgment Granting Motion for Summary Judgment and Memorandum and Order on Motion for Summary Judgment dated December 15, 2020, document number 50 and 51.

Effective December 1, 2014, Part VIII of the Federal Rules of Bankruptcy Procedure governing bankruptcy appeals was substantially revised in order to align those rules with the Federal Rules of Appellate Procedure and updated to include electronic transmission, filing, and service.

This notice must be read together with the Federal Rules of Civil Procedure (FRCP), the Federal Rules of Bankruptcy Procedure (FRBP), the Local Rules of the Eastern District of New York, and this Court's Local Rules and Procedures.

1. **Service of Notice:** The appellant must provide the Clerk with the email address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive email noticification, the appellant must provide the Clerk with the address for all parties to be served.
2. **Appellant's Designation:** Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days from the date of the filing of the Notice of Appeal. The designation must include a list of items to be included in the record on appeal. A copy of the designation and statement shall be served by the appellant on the appellee. A certificate of service must be filed with the bankruptcy court as proof that proper service was made.
3. **Appellee's Designation:** Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file with the bankruptcy court and serve on the appellant a designation of additional items to be included in the record on appeal.
4. **Transcripts:** If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, call one of the court approved transcription service agencies to request a copy of a transcript. The written request for the transcript shall be filed with the bankruptcy court. The party requesting the transcript is responsible for the cost of transcription. Designated transcripts must be provided to this office in PDF format.
5. **ECF Registration (*Attorneys Only*):** Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. For information on ECF registration in the Bankruptcy Court, please visit: www.nyeb.uscourts.gov/electronic−filing−procedures; in the District Court, visit: https://www.nyed.uscourts.gov/cmecf.
6. **Transmittal of Record on Appeal:** Generally the record on appeal will be transmitted thirty (30) days from the date of the filing with the Court of the Notice of Appeal.

Dated: December 30, 2020                                                                           FOR THE COURT

                                                                                                                          By: s/F. Randazzo
                                                                                                                          _____
                                                                                                                          Deputy Clerk

**BLntcparap.jsp** [Notice to Parties 04/17/17]