# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−18−01141−ess |
| Murray v. John and Jane Doe Corporations and Entities et al | |
| DEBTOR(s) | |

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on December 29, 2020 by Sean M. Murray, appealing Order on Motion for Summary Judgment and Memorandum Decision on Motion for Summary Judgment, document number 50 and 51.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

No additional documents have been filed as of
January 28, 2021.

| | |
|---|---|
| Dated: January 28, 2021 | Robert A. Gavin, Jr., Clerk of Court |
| | By: s/F. Randazzo |
| | Deputy Clerk |

**BLadroapap.jsp** [Transmittal of Additional Record on Appeal AP 04/17/17]