# Notice Recipients

District/Off: 0207−1              User: admin                  Date Created: 1/28/2021

Case: 1−18−01141−ess            Form ID: 775                 Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft   John and Jane Doe Corporations and Entities
dft   Specialized Loan Servicing, LLC
dft   Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents For Federal Home Loan Mortgage Corporation
                                 TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty   Barbara Dunleavy   BDunleavy@logs.com
aty   Cleo f Sharaf   csharaf@rasboriskin.com
aty   Kevin R Toole   ktoole@raslg.com
aty   Raquel Felix   rfelix@hillwallack.com
aty   Robert W. Griswold   rgriswold@logs.com

                                 TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   Sean M. Murray   P.O. Box 1110   Attn: 2544   Albany, NY 12201−1110
ust   Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office
   Building   201 Varick Street, Suite 1006   New York, NY 10014
ust   United States Trustee   Office of the United States Trustee   U.S. Federal Office Building   201 Varick
   Street, Room 1006   New York, NY 10014
ust   United States Trustee   Office of the United States Trustee   U.S. Federal Office Building   201 Varick
   Street, Room 1006   New York, NY 10014

                                 TOTAL: 4