**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

In re:                                                                  Chapter 7

SEAN M. MURRAY,                                          Bankruptcy Case No. 17-44157

               Debtor.                                      Adv. Pro. Case No. 18-01141

--------------------------------------------------------X

SEAN M. MURRAY,

               Appellant,

    -against-


SPECIALIZED LOAN SERVICING, LLC, et. al,

               Appellee.

--------------------------------------------------------X

**PLAINTIFF-APPELLANT PRO SE REQUEST**
**FOR ECF ACCESS/ PERMISSION FOR ELECTRONIC FILING**

1. Plaintiff-Appellant and Debtor Pro Se SEAN M. MURRAY ("Plaintiff-Appellant") has <u>requested</u> and received permission in the District Court hearing Plaintiff's appeal to file electronically via ECF per Judge Hall's April 14, 2021 Order.

> *Plaintiff-Appellant's motion 5 for leave to electronically file is GRANTED. The Clerk of Court is directed to provide Plaintiff-Appellant access to the Court's electronic case filing system. Ordered by Judge LaShann DeArcy Hall on 4/14/2021. (Williams, Erica)*

2. Plaintiff-Appellant respectfully requests this Court's permission for access to the Court's electronic case filing system and to electronically file documents for the above captioned cases, Bankruptcy Case No. 17-44157 and Adversary Proceeding Case No. 18-01141.

3. Plaintiff-Appellant understands and waives the right to receive service of court documents issued by first class mail, and consents to all applicable rules and procedures set by the Court regarding Plaintiff-Appellant's Pro Se status and access to electronic filing.

4. Plaintiff-Appellant has a PACER account and is familiar with electronic records and filing systems.

Executed Sunday, March 6, 2022                    By: _____
                                                                                           SEAN M. MURRAY
                                                                                           917.330.9284
                                                                                           seanmurray@prodigy.net

CC: Robert A. Gavin, Jr., Clerk of the Bankruptcy Court, Richard J. McCord, Chapter 7 Trustee, Robert W. Griswold, Attorney for Specialized Loan Servicing, LLC, Kevin R. Toole, Attorney for Nationstar Mortgage LLC (Via Email)