UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re

Sean M. Murray,

Debtor

Chapter 7

Case No. 17-44157 -ess

---------------------------------------------------------------x

Sean M. Murray

Plaintiff,

-against-

John and Jane Doe Corporations and Entities, Specialized Loan Servicing LLC and Nationstar Mortgage LLC D/B/A Mr Cooper, as Servicing Agents for Federal Home Loan Mortgage Corporation,

Defendants.

Adv. Pro. No. 18-01141-ess

---------------------------------------------------------------x

**ORDER RESCHEDULING CONTINUED PRE-TRIAL CONFERENCE**

WHEREAS, on August 10, 2017, Sean M. Murray (the "Plaintiff") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on December 21, 2018, the Plaintiff commenced this adversary proceeding against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC ("SLS"), and Nationstar Mortgage d/b/a Mr. Cooper, as Servicing Agents for Federal Home Loan Mortgage Corporation ("Nationstar") (collectively, the "Defendants"); and

WHEREAS, on November 11, 2019, SLS filed a Motion for Summary Judgment (the "Motion for Summary Judgment"); and

WHEREAS, from time to time, and on December 3, 2020, the Court held hearings on the Motion for Summary Judgment, at which the Plaintiff and the Defendants appeared and were heard, and the Court closed the record and reserved decision; and

WHEREAS, on December 16, 2020, the Court entered a memorandum decision and an order and judgment, granting summary judgment in favor of SLS (the "Summary Judgment Decision"); and

WHEREAS, on December 29, 2020, the Plaintiff filed a notice of appeal of the Summary Judgment Decision to the District Court; and

WHEREAS, on December 29, 2020, the Plaintiff filed a motion for leave to amend the Complaint or appeal the Summary Judgment Decision (the "Motion for Leave"), which was not noticed for a hearing; and

WHEREAS, on March 2, 2021, Fay Servicing, LLC ("Fay") filed a response to the Motion for Leave stating that it has taken over the servicing of the loan from SLS, and that it is opposing the Plaintiff's request for leave to amend the Complaint; and

WHEREAS, on March 2, 2021, Nationstar filed a response to the Motion for Leave, and opposing the Plaintiff's request for leave to amend the Complaint; and

WHEREAS, on March 26, 2021, the District Court granted the Plaintiff's leave to appeal; and

WHEREAS, on March 30, 2021, the Plaintiff filed a reply in further support of the Motion for Leave; and

WHEREAS, on April 2, 2021, Fay filed a letter notifying the Court that, on March 26, 2021, the District Court granted leave to appeal; and

WHEREAS, from time to time, and on May 13, 2021, the Court held hearings on the Motion for Leave, at which the Plaintiff, Nationstar, and Fay appeared and were heard; and

WHEREAS, at the May 13, 2021 hearing, the Court marked off the Motion for Leave as moot, in light of the District Court's decision to grant leave to appeal, and that was "so-ordered"; and

WHEREAS, from time to time, and on March 7, 2022, the Court held continued pre-trial conferences, at which the Plaintiff, Nationstar, and Fay appeared and were heard.

NOW, THEREFORE, it is hereby

ORDERED, that the pre-trial conference scheduled for June 20, 2022, is adjourned to June 24, 2022; and it is further

ORDERED, that the Court will hold a continued video pre-trial conference on June 24, 2022, at 2:00 p.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that this hearing will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing.**

**On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.**

**Dated: Brooklyn, New York**
**June 15, 2022**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Sean M. Murray
P.O. Box 1110
Attn: 2544
Albany, NY 12201-1110

Robert W. Griswold
One Huntington Quadrangle
Suite 3N05
Melville, NY 11747

Kevin R. Toole
c/o RAS Boriskin
900 Merchants Concourse
Westbury, NY 11590

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014