# Notice Recipients

District/Off: 0207−1 User: admin Date Created: 6/16/2022
Case: 1−18−01141−ess Form ID: pdf000 Total: 6

**Recipients of Notice of Electronic Filing:**

aty Kevin R Toole ktoole@raslg.com
aty Robert W. Griswold rgriswold@logs.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla Sean M. Murray P.O. Box 1110 Attn: 2544 Albany, NY 12201−1110
ust Office of the United States Trustee Eastern District of NY (Brooklyn Office) U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014
ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014
ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014

TOTAL: 4