UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x

In re Chapter 7

Sean M. Murray, Case No. 17-44157-ess

Debtor
-----------------------------------------x

Sean M. Murray

Plaintiff, Adv. Pro. No. 18-01141-ess

-against-

John and Jane Doe Corporations and Entities, Specialized Loan Servicing LLC and Nationstar Mortgage LLC D/B/A Mr Cooper, as Servicing Agents for Federal Home Loan Mortgage Corporation,

Defendant.
-----------------------------------------x

**ORDER SCHEDULING CONTINUED PRE-TRIAL CONFERENCE**

WHEREAS, on August 10, 2017, Sean M. Murray (the "Plaintiff") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on December 21, 2018, the Plaintiff commenced this adversary proceeding against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC ("SLS"), and Nationstar Mortgage d/b/a Mr. Cooper, as Servicing Agents for Federal Home Loan Mortgage Corporation ("Nationstar") (collectively, the "Defendants"); and

WHEREAS, from time to time, and on November 14, 2023, the Court held continued pre-trial conferences, at which Nationstar and Fay appeared and were heard, and the Plaintiff did not appear.

NOW, THEREFORE, it is hereby

ORDERED, that the pre-trial conference scheduled for January 23, 2024, is adjourned to April 9, 2024; and it is further

ORDERED, that the Court will hold a continued video pre-trial conference on April 9, 2024, at 10:30 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that this hearing will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.**

Dated: Brooklyn, New York
February 12, 2024

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Sean M. Murray
P.O. Box 1110
Attn: 2544
Albany, NY 12201-1110

Robert W. Griswold
One Huntington Quadrangle
Suite 3N05
Melville, NY 11747

Kevin R. Toole
c/o RAS Boriskin
900 Merchants Concourse
Westbury, NY 11590

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014