# Notice Recipients

District/Off: 0207−1 User: admin Date Created: 2/13/2024
Case: 1−18−01141−ess Form ID: pdf000 Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

dft Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents For Federal Home Loan Mortgage Corporation

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

aty Barbara Dunleavy BDunleavy@logs.com
aty Cleo f Sharaf csharaf@rasboriskin.com
aty Kevin R Toole ktoole@raslg.com
aty Raquel Felix raqfelix@raslg.com
aty Robert W. Griswold rgriswold@logs.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla Sean M. Murray P.O. Box 1110 Attn: 2544 Albany, NY 12201−1110
cr Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust c/o LOGS Legal Group LLP f/k/a Shapiro, 175 Mile Crossing Boulevard Rochester, NY 14624
ust Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green Room 510 New York, NY 10004−1408 USA
ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014 USA
ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014 USA
ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014 USA
ust Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408 USA
ust United States Trustee Office of the United States Trustee − NY Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004−1408 USA

TOTAL: 8