UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

In re: Chapter 7

SEAN M. MURRAY, Case No. 17-44157-ess

Debtor.

---------------------------------------x

SEAN M. MURRAY,

Plaintiff Adv. Proc. No. 18-01141-ess

v.

JOHN AND JANE DOE CORPORATIONS AND ENTITIES, SPECIALIZED LOAN SERVICING, LLC, AND NATIONSTAR MORTGAGE LLC D/B/A MR COOPER, AS SERVICING AGENTS FOR FEDERAL HOME LOAN MORTGAGE CORPORATION,

Defendants.

---------------------------------------x

**ORDER SCHEDULING CONFERENCE ON LETTER REQUEST**

WHEREAS, on August 10, 2017, Sean M. Murray (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on December 21, 2018, the Debtor filed a complaint commencing this adversary proceeding against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC ("SLS"), and Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents for Federal Home Loan Mortgage Corporation ("Nationstar") (together, the "Defendants"); and

WHEREAS, on January 22, 2019, SLS and Nationstar each filed answers to the complaint; and

WHEREAS, on November 11, 2019, SLS filed a Motion for Summary Judgment (the "Motion for Summary Judgment"); and

WHEREAS, on December 15, 2020, the Court entered a Memorandum Decision and

Order granting SLS's Motion for Summary Judgment (the "Summary Judgment Decision"); and

WHEREAS, on December 29, 2020, the Debtor filed a Notice of Appeal of the Summary Judgment Decision; and

WHEREAS, on April 2, 2021, Fay Servicing, LLC ("Fay") filed a letter stating, among other things, that following the entry of the Summary Judgment Decision, SLS released the loan to Fay; and

WHEREAS, as of the date, the Debtor's appeal of the Summary Judgment Decision remains pending; and

WHEREAS, on February 15, 2024, Fay filed a letter requesting, among other things, that the Court set a briefing schedule for dispositive motions to be made to resolve this adversary proceeding (the "Letter Request").

**NOW, THEREFORE,** it is hereby

**ORDERED,** that the Court will address the matters set forth in the Letter Request at the pre-trial conference scheduled in this adversary proceeding on April 9, 2024 at 10:30 a.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that this conference will be conducted remotely, via telephone. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least one business day before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used**

**on the conference date, and if appropriate, the party that you represent. You will receive instructions how to access the conference via email two business days before the conference.**

**On your conference date, please connect at least ten minutes before your scheduled conference time, and keep your audio and video on mute until your case is called.**

Dated: Brooklyn, New York
April 2, 2024

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Sean M. Murray
P.O. Box 1110
Attn: 2544
Albany, NY 12201-1110

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Robert W. Griswold
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Cleo f Sharaf
Ras Boriskin
900 Merchants Concourse
Westbury, NY 11590

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408