# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 4/3/2024 |
| Case: 1−18−01141−ess | Form ID: pdf000 | Total: 10 |

**Recipients of Notice of Electronic Filing:**

aty Cleo f Sharaf csharaf@rasboriskin.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla Sean M. Murray P.O. Box 1110 Attn: 2544 Albany, NY 12201−1110

ust Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green Room 510 New York, NY 10004−1408

ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014

ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014

ust United States Trustee Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006 New York, NY 10014

ust Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408

ust United States Trustee Office of the United States Trustee − NY Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004−1408

Richard J. McCord Certilman Balin Adler & Hyman 90 Merrick Avenue East Meadow, NY 11554

Robert W. Griswold Shapiro, DiCaro & Barak, LLC One Huntington Quadrangle, Suite 3N05 Melville, NY 11747

TOTAL: 9