**LOGS Legal Group LLP**
Attorneys at Law

175 Mile Crossing Boulevard
Rochester, New York 14624
Tel: (585) 247-9000 • Fax: (585) 247-7380

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Regional Managing Partner**
John A. DiCaro (licensed in NY)

**Managing Partner**
Shari S. Barak (licensed in NY)

January 14, 2025

Chambers Hon. Elizabeth S. Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201

RE: Sean M. Murray v. Specialized Loan Servicing, LLC
Murray v. John and Jane Doe Corporations and Entities et al
AP Case Number: 18-01141-ess
Bankruptcy Case Number: 17-11457-ess
SD&B File Number: 18-069932
Appeal Civil Docket 21-mc-00178-LDH

Dear Judge Stong;

This firm represents Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust (“Fay”), successor servicer to Specialized Loan Servicing, LLC (“SLS”) in the underlying bankruptcy and adversary proceeding. Fay is a secured creditor of Sean M. Murray (the “Appellant” or “Debtor”) with respect to the real property known as 35-21 79th Street, Unit 4E, Jackson Heights, NY 11372 (the “Property”).

As the Court is no doubt aware, Fay Servicing has prevailed in its Motion for Summary Judgment in the instant Adversary Proceeding. The decision granting Summary Judgment was entered on December 15, 2020, more than three years ago. The Summary Judgment Order has been appealed, and that appeal has been fully briefed since June 11, 2021 with no decision yet.

The adversary proceeding remaining open and pending only with respect to co-defendant Nationstar. This letter serves to advise that our firm will not be attending future Pre-Trial Conferences, including the one scheduled for April 1, 2025, pending results from the District Court Appeal.

Very truly yours,

/s/ Robert W. Griswold
Robert W. Griswold